**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*
701 Poydras Street, Suite 3500
New Orleans, LA 70139
Telephone: 504.648.3840
Facsimile: 504.648.3859
www.ogletree.com

Andrew P. Burnside
504.648.3840
drew.burnside@ogletree.com

February 5, 2020

**VIA CM/ECF**
Hon. Kathleen Kay
United States Magistrate Judge
611 Broad St., Suite 209
Lake Charles, Louisiana 70601

      RE:    *Robert Taylor v. McDermott International, Inc. and CB&I, LLC*
               USDC/WDLA (Lake Charles Division), No. 2:19-cv-664-JDC-KK

Dear Judge Kay:

      I am writing on behalf of Defendants, McDermott International, Inc. and CB&I LLC, to respectfully ask the Court to cancel or continue the scheduling conference set for tomorrow, February 6, 2019, at 1:30 p.m. Please accept this letter in lieu of a motion to allow Defendants, out of an abundance of caution, to avoid either violating or waiving the automatic stay in effect as a result of the chapter 11 bankruptcy, *In re McDermott International, Inc.*, Case No. 20-30336, filed by Defendants on January 21, 2020, in the Bankruptcy Court for the Southern District of Texas.

      As detailed in the suggestion of bankruptcy (Dkt. No. 11) filed in the instant case on January 24, 2020, pursuant to section 362(a) of the Bankruptcy Code, Defendants filing of their respective voluntary petitions gives rise to a stay of the commencement or continuation of any judicial, administrative, or other action or proceeding against the Defendants. Moreover, on January 23, 2020, Bankruptcy Judge David R. Jones entered an order in Defendants' bankruptcy restating and enforcing the automatic stay worldwide, a true and accurate copy of which is attached hereto as Exhibit A.

      Thank you for your attention to this matter.

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

Hon. Kathleen Kay
Page 2

                                             Sincerely yours,

                                             Andrew P. Burnside

Cc:    James E. Sudduth, III, Esq.
          Pierce A. Rapin, Esq.

APB/whp
Enclosures